LLOYD G. McCRUM, Appellant, *v.* LEX REALTY COMPANY et al., Respondents.

*McCrum* v. *Lex Realty Co.,* 122 App. Div. 922, affirmed.
(Argued June 8, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel specific performance of an alleged contract to convey real property.

*William P. Maloney* for appellant.

*Richard T. Greene* and *E. W. Tyler* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.